IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 1 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00064-BNB

THOMAS ERIC ESPINOZA,

    Plaintiff,

v.

ARAPAHOE COUNTY DETENTION CENTER,

    Defendant.

_____

ORDER OF DISMISSAL

_____

Plaintiff Thomas Eric Espinoza currently is detained at the Arapahoe County Detention Facility in Centennial, Colorado. On January 2, 2008, Plaintiff submitted to the Court a *pro se* Prisoner Complaint pursuant to 42 U.S.C. § 1983. He also filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

On January 28, 2008, Magistrate Judge Boyd N. Boland entered an Order granting the § 1915 Motion. The Order required Plaintiff to pay the full amount of the $350.00 filing fee in installments and directed him to pay an initial partial filing fee of $13.00 within thirty days or to show cause why he has no assets and no means to pay the initial fee by filing a current certified copy of his trust fund account statement. The Order warned Plaintiff that if he failed to have the initial partial filing fee sent to the Clerk of the Court by the designated deadline or to show cause why he has no assets and no means by which to pay the initial fee the Complaint would be dismissed without further notice.

As opposed to either paying the $13.00 fee or submitting a current certified copy of his trust fund account statement showing cause why he has no assets and no means

by which to pay the designated fee, Plaintiff filed a convoluted statement on February 11, 2008, in which he asserts that he has problems with the Arapahoe County Jail. Plaintiff further claims in the statement that his mother sends money to him at the jail, but the Jail has "completely destroyed [his] money income." In the statement, Plaintiff also asks that he be allowed to work so that he may be able to pay to the Court the amount owed for the filing fee.

Magistrate Judge Boland instructed Mr. Espinoza to file a current certified copy of his trust fund account statement if he did not have sufficient assets or means to pay the $13.00 initial partial filing fee. Although Mr. Espinoza appears to claim that he has insufficient funds to pay the initial partial filing fee, he has failed to comply with the January 28, 2008, Order and provide a current certified copy of his account statement, which would show what funds he has available in his account. Therefore, the Complaint and action will be dismissed. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Plaintiff's failure either to pay an initial partial filing fee of $13.00 or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee within thirty days of the January 28, 2008, Order.

DATED at Denver, Colorado, this 20 day of _____ March _____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-00064-BNB

Thomas Eric Espinoza
Prisoner No. 200500001675
Arapahoe County Det. Facility
PO Box 4918
Englewood, CO 80155-4918

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/21/08

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk